**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00499-CV

### CHERYL LYNN SMITH, Appellant

### V.

### FIFTH THIRD MORTGAGE, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00845-D**

## ORDER

This Court dismissed this appeal for want of prosecution on November 5, 2013. On November 22, 2013, after the time for filing a motion for rehearing but prior to the time for obtaining an extension to file such motion, counsel for appellant filed a motion for orders regarding appellate brief. We treat this motion as a motion by counsel to withdraw. We **DENY** the motion because it does not comply with rule of appellate procedure 6.5(a) & (b). *See* TEX. R. APP. P. 6.5(a) & (b).

We **DENY** appellee's November 6, 2013 motion to expedite issuing the mandate. We **GRANT** appellee's November 6, 2013 motion to release the supersedeas bond in this case **only to the extent** that the bond shall be released when the mandate issues.

/s/    ROBERT M. FILLMORE
JUSTICE